

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

March 30, 2022

**By E-Mail**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Allen Peloquin*, **22 Mag. 2949**

Dear Judge McCarthy:

    In light of the defendant in the above-referenced case being arrested and detained by state authorities today, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kevin Sullivan
Assistant United States Attorney
(914) 993-1924

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy   3-30-2022